UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.P. MORGAN CHASE BANK, N.A., a
national banking association,

    Plaintiff,

vs.

BAYVIEW FINANCIAL, L.P., a Delaware
limited partnership,

    Defendant.

_____/

Honorable Marianne O. Battani

Case No.: 4:07-CV-13623

## ORDER OF SUBSTITUTION OF COUNSEL

At a session of said Court, held in the City of Detroit, State of Michigan, on 11/14/07

PRESENT: Hon.  MARIANNE O. BATTANI
                U.S. District Judge

The Court being otherwise fully advised in the premises and counsel having stipulated hereto;

IT IS HEREBY ORDERED that Daniel D. Quick, Dickinson Wright, PLLC, 38525 Woodward Avenue, Suite 2000, Bloomfield Hills, MI 48304, be and the same hereby is substituted as counsel of record for Plaintiff J.P. Morgan Chase Bank, N.A. in place of Judy B. Calton, Honigman Miller Schwartz & Cohn, LLP, 660 Woodward Avenue, Suite 2290, Detroit, MI 48226, attorneys for Plaintiff.

                              s/Marianne O. Battani
                              U.S. District Judge

Approved as to content and form:

DICKINSON WRIGHT PLLC

By: s/Daniel D. Quick

HONIGMAN MILLER SCHWARTZ & COHN LLP

By: s/Judy B. Calton

BLOOMFIELD 7-4146 878069v1